Case 1:21-cr-10215-MLW   Document 1-1   Filed 07/19/21   Page 1 of 2

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet** — U.S. District Court - District of Massachusetts

**Place of Offense:**
- Category No.: III
- Investigating Agency: FBI
- City: New Bedford
- County: Bristol

**Related Case Information:**
- Superseding Ind./Inf.: ___  Case No.: ___
- Same Defendant: ___  New Defendant: ___
- Magistrate Judge Case Number: ___
- Search Warrant Case Number: ___
- R 20/R 40 from District of: ___

**Defendant Information:**
- Defendant Name: Joshua Fernandes
- Juvenile: ☐ Yes  ☑ No
- Is this person an attorney and/or a member of any state/federal bar: ☐ Yes  ☑ No
- Alias Name: ___
- Address (City & State): New Bedford, MA
- Birth date (Yr only): 1979
- SSN (last4#): 1957
- Sex: M
- Race: W
- Nationality: US
- Defense Counsel if known: Erin Opperman
- Address: 45 Bromfield St, 5th Floor, Boston, MA 02108
- Bar Number: ___

**U.S. Attorney Information:**
- AUSA: Eugenia M. Carris
- Bar Number if applicable: ___
- Interpreter: ☐ Yes  ☑ No   List language and/or dialect: ___
- Victims: ☑ Yes  ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2): ☐ Yes  ☑ No
- Matter to be SEALED: ☐ Yes  ☑ No
- ☐ Warrant Requested   ☑ Regular Process   ☐ In Custody

**Location Status:**
- Arrest Date: ___
- ☐ Already in Federal Custody as of ___ in ___
- ☐ Already in State Custody at ___   ☐ Serving Sentence   ☐ Awaiting Trial
- ☐ On Pretrial Release:   Ordered by: ___ on ___

**Charging Document:** ☐ Complaint  ☑ Information  ☐ Indictment

**Total # of Counts:** ☐ Petty  ☐ Misdemeanor  ☐ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 07/19/2021   Signature of AUSA: *[signed]*

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**  Joshua Fernandes

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   18 U.S.C. § 1343 | Wire Fraud | 1 |
| Set 2   18 U.S.C. § 981(a)(1)(C) and | Forfeiture Allegation | |
| Set 3   28 U.S.C. § 2461 | " | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____